**Roberta SMITH, Respondent**

v.

**Hillary HOFFMAN, M.D.,
et al., Appellants.**

**Nos. WD 73565, WD 73569.**

Missouri Court of Appeals,
Western District.

June 5, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 2012.

Application for Transfer Denied
Sept. 25, 2012.

Timothy Frets, Mary O'Connell, John Witten, Kansas City, MO, for Appellant, St. Joseph Med. Center.

Brian Niceswanger, Overland Park, KS, Lorraine Mosimann, Lee's Summit, MO, for Appellant, Seematter, M.D.

Walter Simpson, Daniel Craig, Kansas City, MO, for Respondent.

## ORDER

PER CURIAM:

St. Joseph Medical Center and Dr. Hillary Hofmann Seematter appeal from the trial court's decision to grant Ms. Roberta Smith's motion for new trial.

For reasons stated in the memorandum provided to the parties, we affirm.  Rule 84.16(b).